NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE VIBRYNT, INC.

———————————

2013-1019

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Serial No. 77/701,760.

———————————

**JUDGMENT**

———————————

JILL M. PIETRINI, Sheppard, Mullin, Richter & Hampton, LLP, of Los Angeles, California, argued for appellant.

THOMAS L. CASAGRANDE, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy Solicitor, and CHRISTINA J. HIEBER, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October15, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |